

## Fourth Court of Appeals
### San Antonio, Texas

#### MEMORANDUM OPINION

No. 04-17-00840-CR

Richard **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1987CR1809
Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  January 17, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal the trial court's order denying his motion to terminate his sex offender registration. In Texas, appeals in criminal cases are permitted only when they are specifically authorized by statute. *State ex rel. Lykos v. Fine*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011); *see* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006). Generally, a criminal defendant may only appeal from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). The courts of appeals do not have jurisdiction to review orders in a

criminal appeal absent express statutory authority.  *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014).

Because the denial of a motion to remove a defendant's registration information is not a separately appealable order, *see Dewalt v. State*, 417 S.W.3d 678, 683-84 (Tex. App.—Austin 2013), *pet. ref'd*, 426 S.W.3d 100 (Tex. Crim. App. 2014), we ordered appellant to show cause in writing no later than January 2, 2018 why this appeal should not be dismissed for want of jurisdiction.  Appellant did not respond to our order.  Because we do not have jurisdiction to consider an appeal of an order denying a motion to terminate sex offender registration, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH